# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2023-0732**

B.J.S. v. State of Alabama (Appeal from Jackson Circuit Court: CC-18-323.75 and CC-20-1174.75)

## NOTICE

You are hereby notified that on December 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk